FILING FEE PAID

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

04CV 11050 RCL

MAR 11 '04 PM 2:18 USB

IN RE:

ANDREW J. KEHOE AND
CATHERINE M. KEHOE,
    Debtors

NO. 96-10559 WCH

## NOTICE OF APPEAL

Now come Andrew J. Kehoe and Catherine M. Kehoe (the debtors), in the above-captioned matter and notice their appeal to the United States Bankruptcy Appellate Panel of the decision of Hillman, J. dated February 10, 2004 (Exhibit A) establishing a bar date relative to any claims that the debtors or their children, Andrew J. Kehoe, Jr. or Jeniffer Kehoe, may have against the Trustee, Gary W. Cruickshank (collectively the "Trustee" and any and all of the Trustee's Bankruptcy Court appointed representatives in this proceeding (the "Representatives").

As reasons therefor the debtors claim that such decision was without any legal basis relative to claims which the debtors have and particularly those claims of fraudulent practices committed upon the Bankruptcy Court and with respect to the estate.

Respectfully submitted.

*(signature)*
ANDREW H. KEHOE AND
CATHERINE M. KEHOE,
*(signature)*
Andrew J. Kehoe, pro se
Catherine M. Kehoe
1043 Randolph Avenue
Milton, Ma 02186
(617) 696-3257




# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW J. KEHOE and<br>CATHERINE M. KEHOE,<br><br>Debtors | Chapter 7<br><br>Case No. 96-10559-WCH |

ORDER ESTABLISHING BAR DATE
FOR FILING CLAIMS BY THE
DEBTORS AND THE KEHOE CHILDREN
AGAINST THE CHAPTER 7 TRUSTEE
AND HIS REPRESENTATIVES

This matter having come before the Court on the Chapter 7 Trustee's Motion To Establish Bar Date For The Filing Of Claims By The Debtors And Kehoe Children Against The Trustee And His Representatives (the "Motion"), due and sufficient notice of the Motion and the hearing thereon having been provided, and good cause having been shown therefor, it is hereby

ORDERED that:

1. The above-named debtors, Andrew J. Kehoe and Catherine M. Kehoe (the "Debtors") and their adult children, Andrew J. Kehoe, Jr. and Jennifer Kehoe (the "Kehoe Children") shall have until *March 12*, 2004 (the "Bar Date"), within which to commence an action in this Court based upon any and all affirmative claims currently in existence against any of the Chapter 7 trustees of the Debtors' bankruptcy estate, including the current Chapter 7

trustee, Gary W. Cruickshank (collectively, the "Trustee") and any and all of the Trustee's Bankruptcy Court appointed representatives in this proceeding (the "Representatives").

2. Any such actions that are not commenced on or before the Bar Date shall be forever barred and all such affirmative claims shall be disallowed, and the Debtors and the Kehoe Children shall be enjoined from thereafter asserting such affirmative claims against the Trustee or the Representatives.

3. Said Bar Date shall in no way prevent the Debtors or the Kehoe Children from raising any issue as an objection to any fee application of the Trustee or of any Representative.

Entered at Boston, Massachusetts, this 10th day of February, 2003.

William C. Hillman
United States Bankruptcy Judge

2

CERTIFICATE OF SERVICE          MAR11'04 PM 2:21 USB

I certify that I have this 11th day of March 2004 caused to be served by first class mail a true copy of the attached Notice of Appeal to James C. Gross c/o Klieman, Lyons, Schindler & Gross, 21 Custom House Street, Boston, Ma 02110.

*Andrew J. Kehoe*