UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  Andrew J. Kehoe and Catherine M. Kehoe | BANKRUPTCY APPEAL<br><br>CIVIL ACTION NO.  04-11050-RCL |

## O R D E R

LINDSAY,  D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled  action on  May 19, 2004,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before  June 8, 2004  and the Appellee's brief shall be filed on or before  June 23, 2004 . The Appellant may file and serve a reply brief on or before  July 5, 2004 .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

May 24, 2004
Date                                                                                Deputy Clerk

**(BKAppeal Bro.wpd - 12/98)**
    **[bro.]**