UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re:                                      )
                                            )
    ANDREW J. KEHOE and                     )    Appeal No. 04-11050-RCL
    CATHERINE M. KEHOE,                     )
                                            )    Bankr. Case No. 96-10559-WCH
            Debtors                         )
                                            )

## CERTIFICATION OF CONFERENCE
## PURSUANT TO RULE 7.1(A)(2)

Acting pursuant to and in accordance with the provisions of Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned hereby certifies that he attempted to confer by telephone with the appellants, Andrew J. Kehoe and Catherine M. Kehoe (the "Debtors"), who are appearing pro se in this appeal, in a good faith attempt to resolve or narrow the issues raised in the Motion Of The Appellee, Gary W. Cruickshank, Chapter 7 Trustee For An Order Dismissing The Appeal Of The Appellants Andrew J. Kehoe And Catherine M. Kehoe (the "Motion To Dismiss".) However, the Debtors did not respond to the message that the undersigned left on their answering machine. Therefore, the undersigned was unsuccessful in

attempting to resolve the issues raised in the Motion To Dismiss.

> GARY W. CRUICKSHANK
> CHAPTER 7 TRUSTEE
>
> By his attorney,
>
> *[signature]*
> James C. Gross (BBO #212740)
> KLIEMAN, LYONS, SCHINDLER & GROSS
> 21 Custom House Street
> Boston, MA 02110
> (617) 443-1000

Dated: June 1, 2004

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON ~~THE ATTORNEY OF RECORD FOR~~ EACH OTHER PARTY BY MAIL/~~HAND~~ ON 6/1/04

*[signature]*