UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BANKRUPTCY APPEAL
NO. 04-11050 RCL

IN RE:
    ANDREW J. KEHOE AND
    CATHERINE M. KEHOE,
           Appellants

## APPELLANTS, ANDREW J. KEHOE'S AND CATHERINE M. KEHOE'S MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF AND APPENDIX

Now come the Appellants, Andrew J. Kehoe and Catherine M. Kehoe, in the above-captioned matter and respectfully request that they be afforded an enlargement of time of 30 days from the date hereof to file their Brief and Appendix for the following reasons:

1. That as a result of the most recently diagnosed terminal illness of their prior counsel, Roland Orlandi, of 376 North Street, Boston, Massachusetts who is currently hospitalized and who was representing the Appellants in several matters and had intended in preparing the brief and appendix for timely filing the Appellants are obliged to seek the services of other counsel;

2. That absolutely no prejudice can result from this request for an enlargement of time particularly in view of the fact that the Appellants have not heretofore requested any such similar relief;

3. That the Appellants believe that they have a meritorious appeal which is worthy of hearing before the Court and that the additional time requested will not in any way inordinately delay these proceedings.

Respectfully submitted.

1

*[signature]*
ANDREW J. KEHOE, PRO SE
*[signature]*
CATHERINE M. KEHOE, PRO SE
1043 Randolph Avenue
Milton, Ma 02186
(617) 696-3257

2

Case 1:04-cv-11050-RCL   Document 5   Filed 06/07/2004   Page 2 of 3

## CERTIFICATE OF SERVICE

I the undersigned Andrew J. Kehoe certify that I have this 7th day of June 2004 caused to be served by first class mail postage prepaid a true copy of the attached document to Klieman, Lyons, Schindler & Gross, 21 Custom House Street, Boston, Ma 02110.

Andrew J. Kehoe, pro/se