UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


FILED
IN CLERKS OFFICE
2004 JUL -9  P 2: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

BANKRUPTCY APPEAL
NO. 04-11050 RCL

IN RE:
ANDREW J. KEHOE AND
CATHERINE M. KEHOE,
    Appellants

V.

GARY W. CRUICKSHANK,
    Appellee

## APPELLANTS, ANDREW J. KEHOE'S AND CATHERINE M. KEHOE'S EMERGENCY MOTION FOR ENLARGEMENT OF ADDITIONAL TIME TO FILE BRIEF AND APPENDIX

Now come the Appellants, Andrew J. Kehoe and Catherine M. Kehoe, in the above-captioned matter and respectfully request on an emergency basis an additional enlargement of time of 20 days from the date herewith to file their Brief and Appendix.

As reasons therefor the Appellants state:

1. That per their request in a previous Motion for Enlargement of Time dated June 7th said Appellants requested an enlargement of time of 30 days to file their Brief and Appendix.

2. That said previous Motion was not acted upon by the Court (Lindsay, J.) until the date of July 6th and notification of such action was not received in the mail by the Appellants until July 9th thereby prejudicing the Appellants in terms of leaving in

abeyance any intention on their part to retain successor counsel pending a favorable action taken by the court relative to their Motion.

3. That inasmuch as the Appellants were only notified today of the Court's action relative to their Motion dated June 7th the Appellants need the additional 20 days to both retain counsel and file their Brief and Appendix no later than July 29th.

4. That no prejudice whatsoever can be visited upon the Appellee by the allowance of the present motion for reason that the decision of the court relative to the Appellants' initial motion dated June 7th was not forthcoming until 30 days subsequent to such filing.

5. That the Appellants believe that their appeal is both meritorious and that they are entitled to their day in court by being given ample time and sufficient notice relative thereto to prepare and file their Brief and Appendix.

Respectfully submitted.

*Andrew J. Kehoe*
ANDREW J. KEHOE AND

*Catherine M. Kehoe*
CATHERINE M. KEHOE,

1043 Randolph Avenue
Milton, Ma 02186
(617) 696-3257

## CERTIFICATE OF SERVICE

I certify that I have this 9th day of July 2004 caused to be served by first class mail a true copy of the attached document to Klieman, Lyons, Schindler & Gross, 21 Custom House Street, Boston, Ma 02110.

Andrew J. Kehoe