UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ANDREW KEHOE, ET AL**

V.                                              CIVIL ACTION NO. **04-11050-RCL**

**GARY W. CRUICKSHANK**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of **November 23, 2004** allowing the motion to dismiss of the defendant **Gary W. Cruickshank**, Judgment is hereby entered as follows: **Judgment for the appellee Gary W. Cruickshank** dismissing this action.

                                                                                 /s/ Lisa M. Hourihan

November 23, 2004                           ---------------------------
                                                                                 Deputy Clerk